

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00177-CR

Kevin **DEBNAM,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6484
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was originally due May 13, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to June 16, 2022. The trial court appointed new counsel on June 10, 2022. On June 15, 2022, appellant's newly appointed attorney filed a motion requesting an additional extension of time to file the brief until September 14, 2022, for a total extension of 124 days. After consideration, we **GRANT IN PART** the motion and **ORDER** appellant to file his brief **BY AUGUST 11, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court